UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RONALD G. BROCK, | ) | No. CV 08-557-SJO (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| MELISSA LEA, Chief Deputy Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the findings, conclusions and recommendation of United States Magistrate Judge, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: February 8, 2012

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE